# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jane Doe
                         Plaintiff,

v.                                                  Case No.: 1:25−cv−05468
                                                    Honorable Lindsay C. Jenkins

Joseph Fletcher
                         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, May 20, 2025:

    MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to proceed using a pseudonym is better addressed in the adversarial context, so the motion is entered and continued until after Defendant has appeared in the case. Plaintiff should proceed with service of process under Rule 4 and the court will set an appropriate briefing schedule at a later date. Mailed notice. (jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.