UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jane Doe
                    Plaintiff,

v.                                   Case No.: 1:25−cv−05468
                                            Honorable Lindsay C. Jenkins

Joseph Fletcher
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2025:

       MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff shall send a proposed order regarding the appointment of a guardian ad litem to the court's PO Box by August 25, 2025. In addition, the motion to proceed under a pseudonym [3] is partly granted. The motion explains that the case was filed under the caption "Jane Doe" because of alleged harm Doe suffered at the hands of Defendant, "who engaged in a revenge porn campaign explicitly designed to embarrass and humiliate her." This includes alleged use of social media to send sexually explicit videos to people who know Doe. There is a presumption that litigants' identities are public information because the "people have a right to know who is using their courts." Doe v. Blue Cross & Blue Shield United of Wisconsin, 112 F.3d 869, 872 (7th Cir. 1997); see also Fed. R. Civ. P. 10(a) ("the complaint must name all the parties"). The use of initials or pseudonyms for litigants is disfavored, and judges have an independent duty to determine whether fictitious names are allowed, even where a party's request is unopposed. Doe, 112 F.3d at 872; see also Doe v. Loyola University Chicago, 100 F.4th 910 (7th Cir. 2024). Here, the court agrees that allegations Doe has been the victim of sex−related cybercrimes is akin to sexual assault victims, making anonymity appropriate. In the Seventh Circuit, "the right way to provide anonymity is to use [their] initials." E.A. v. Gardner, 929 F.3d 922, 926 (7th Cir. 2019) (citing Fed. R. Civ. P. 5.2(a)(3)). See also Doe v. Trustees of Indiana University, 101 F.4th 485, 492 (7th Cir. 2024) (explaining that Rule 5.2(a)(3) requires the use of initials rather than names.) Thus, the case caption must be updated to reflect Doe's initials. The proposed order due on August 25, 2025 shall identify Doe's initials so that the court can comply with this clear directive. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.